AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U S C app §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Piersol, Lawrence L. | U S. District Court, SD | 06/08/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Federal Courthouse, Suite 202 400 South Phillips Avenue Sioux Falls, SD 57104-6851 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Federal Judges Association |
| 2. Director | The Foundation for the Advancement of an Independent Judiciary and the Rule of Law, a charitable foundation. |
| 3. Director | John T. Vucurevich Foundation, a charitable foundation. |
| 4 | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2. | |
| 3 | |

RECEIVED 2009 JUN 10 A 9: 58 FINANCIAL DISCLOSURE OFFICE

**Piersol, Lawrence L**

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 06/08/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3 | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

[ ] NONE *(No reportable non-investment income )*

| DATE | SOURCE AND TYPE |
|---|---|
| 1 2008 | █████self-employed Law Practice and█████service as a director of Bush Charitable Foundation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Judges Association | 1999, 2001, 2006-08 | Washington, DC | Board Meetings | Travel expenses reimbursed |
| 2. John T. Vucurevich Foundation | April 27-28 | Rapid City, SD | Board Meetings | Travel expenses reimbursed |
| 3. John T. Vucurevich Foundation | August 19-20 | Rapid City, SD | Board Meeting | Travel expenses reimbursed |
| 4 John T. Vucurevich Fuondation | November 10-11 | Rapid City, SD | Board Meeting | Travel expenses reimbursed |
| 5. Federal Judges Association | May 3-5, Dec 2-3 | Washington, DC | Board Meeting | Travel expenses reimbursed |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Piersol, Lawrence L. | 06/08/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | First Bank and Trust | Note&Mortgage: Farm, commercial properties | O |
| 2. | | | |
| 3. | | | |
| 4 | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 06/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National Housing Partnership | A | Dividend | J | W | | | | | |
| 2. Farm #1 ▉▉▉▉ | D | Rent | N | W | | | | | |
| 3. The Equitable - (IRA) | A | Dividend | J | T | | | | | |
| 4. Merrill Lynch Latin America Fund (IRA) | A | Dividend | K | T | | | | | |
| 5. The Equitable, IRA | | None | J | T | | | | | |
| 6. IBM | A | Dividend | K | T | | | | | |
| 7. Verizon Communications | A | Dividend | J | T | | | | | |
| 8. Viacom Inc | A | Dividend | J | T | | | | | |
| 9. American Express Co. | A | Dividend | J | T | | | | | |
| 10. Bristol-Myers Squibb | A | Dividend | K | T | | | | | |
| 11. Ford Mtr. Co Del. | A | Dividend | J | T | | | | | |
| 12. General Electric Corp. | A | Dividend | J | T | | | | | |
| 13. RJR Nabisco Group | A | Dividend | J | T | | | | | |
| 14. Safeway | A | Dividend | J | T | | | | | |
| 15. Associates First Cap. | A | Dividend | J | T | | | | | |
| 16 Charles Schwab Co. Money Market ▉ | A | Interest | M | T | | | | | |
| 17 Ckg Accts, (2) First Bank & Trust, ▉▉▉ ▉▉▉ | A | Interest | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 06/08/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ckg Accts, (2) First Natl Bank, ████ | A | Interest | J | T | | | | | |
| 19. Real property, Bare Land (Lawrence Co., SD) | | None | | | Sold | 3-3 | L | F | Gregory Monday |
| 20. Mutual Beacon Fund | B | Dividend | M | T | | | | | |
| 21. Sogen Overseas Fund (now called First Eagle Overseas Fund) | A | Dividend | M | T | | | | | |
| 22. Schwab Money Market | A | Interest | K | T | | | | | |
| 23. Money Market Acct - Vanguard | D | Interest | K | T | | | | | |
| 24. Commercial Property Parcel 1 (Minnehaha Co., SD) | F | Rent | O | W | | | | | |
| 25. Commercial Property Parcel 2 (Minnehaha Co , SD) | E | Rent | N | W | | | | | |
| 26. Capital Guardian Trust (Closed End Mutual Fund) | C | Dividend | M | T | | | | | |
| 27. Merrill Lynch Money Market | D | Interest | J | T | | | | | |
| 28. Templeton Dragon Fund | A | Dividend | J | T | | | | | |
| 29. Apartment Interest (Minnehaha Co., SD) | E | Rent | O | W | | | | | |
| 30. Mutual Discovery Fund | A | Dividend | L | T | | | | | |
| 31. Exxon Stock | B | Dividend | L | T | | | | | |
| 32. Vanguard Total Stock Mkt Idx Adm | E | Dividend | N | T | | | | | |
| 33. Vanguard High-Yield Corp Fund Inv | C | Interest | M | T | | | | | |
| 34. Farm #2 (Moody Co., SD) | D | Rent | N | W | | | | | |

1 Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 06/08/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions )*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div., rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35   Commercial Property #3 (Lee Co , FL) | D | Rent | O | W | | | | | |
| 36   Proctor & Gamble Co | A | Dividend | J | T | | | | | |
| 37   SBC Communications, Inc. (X) | A | Dividend | K | T | | | | | |
| 38.  Dominion Resources (X) | A | Dividend | J | T | | | | | |
| 39   Excelsior Income Shares (X) | A | Dividend | J | T | | | | | |
| 40   Johnson & Johnson | A | Dividend | J | T | | | | | |
| 41   LG&E Energy Corp  (X) | A | Dividend | J | T | | | | | |
| 42.  Merck & Co , Inc. (X) | A | Dividend | J | T | | | | | |
| 43.  Microsoft | A | Dividend | K | T | | | | | |
| 44.  Cisco System, Inc. Co. | A | Dividend | J | T | | | | | |
| 45.  Berkshire Hathaway B | A | Dividend | M | T | | | | | |
| 46.  Visteon Corp. (X) | A | Dividend | J | T | | | | | |
| 47.  Ameriprise Fin. Inc. (X) | A | Dividend | J | T | | | | | |
| 48   Zimmer Hlds Inc. (X) | A | Dividend | J | T | | | | | |
| 49   Real Property Bare Land #1 (Lake Co., SD) | | None | L | W | | | | | |
| 50.  Real Property #2 (Lake Co , SD) | B | Rent | L | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 06/08/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 06/08/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544